UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN APUZZIE,<br><br>      Plaintiff,<br><br>  -against-<br><br>CAPTAIN RIVERA, E.M.T.C./C-76; LYNELLE M. LIODIE, WARDEN OF E.M.T.C./C-76,<br><br>      Defendants. | 21-CV-4700 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued September 8, 2021, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: September 8, 2021
    New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge